```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 27091
    LISA MARIE MARIK FEIGN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3993


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/09/2008 and was not confirmed.

      The case was transferred to Glenn Stearns, Trustee on 12/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
HARRIS NA                  SECURED VEHIC    13000.00              .00       1204.20
HARRIS NA                  UNSECURED        NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          2471.09              .00           .00
ECAST SETTLEMENT CORP      UNSECURED         6919.49              .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED             .00           .00
CENTEGRA NORTHERN IL MED   UNSECURED          873.42              .00           .00
CENTEGRA NORTHERN IL MED   UNSECURED          918.82              .00           .00
CENTEGRA NORTHERN IL MED   NOTICE ONLY      NOT FILED             .00           .00
CENTEGRA NORTHERN IL MED   UNSECURED          401.54              .00           .00
COMMONWEALTH EDISON        UNSECURED          241.94              .00           .00
CULLIGAN                   UNSECURED        NOT FILED             .00           .00
FAMILY SERVICE CENTER      UNSECURED        NOT FILED             .00           .00
GROOT INDUSTRIES           UNSECURED        NOT FILED             .00           .00
HAIDER MEDICAL GROUP       UNSECURED        NOT FILED             .00           .00
HOMEQ SERVICING CORP       NOTICE ONLY      NOT FILED             .00           .00
JEWEL OSCO                 UNSECURED        NOT FILED             .00           .00
JEWEL/OSCO                 NOTICE ONLY      NOT FILED             .00           .00
MCHENRY RADIOLOGY & IMAG   UNSECURED        NOT FILED             .00           .00
MEDCO HEALTH               UNSECURED        NOT FILED             .00           .00
MEDCO HEALTH SOLUTIONS     NOTICE ONLY      NOT FILED             .00           .00
MORAINE EMERGENCY PHYSIC   UNSECURED        NOT FILED             .00           .00
NICOR GAS                  UNSECURED        NOT FILED             .00           .00
THE PAYDAY LOAN STORE OF   UNSECURED        NOT FILED             .00           .00
THE PAYDAY LOAN STORE OF   UNSECURED        NOT FILED             .00           .00
STATE FARM INSURANCE       UNSECURED        NOT FILED             .00           .00
ROUNDUP FUNDING LLC        UNSECURED        10138.67              .00           .00
WASHINGTON MUTUAL          NOTICE ONLY      NOT FILED             .00           .00
WEBSTER DENTAL             UNSECURED        NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          248.63              .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY           .00                            .00
TOM VAUGHN                 TRUSTEE                                            93.43
DEBTOR REFUND              REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 27091 LISA MARIE MARIK FEIGN
```

```
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  1,297.63

PRIORITY                                              .00
SECURED                                          1,204.20
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                93.43
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                   1,297.63                1,297.63
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 03/05/09               _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE